IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SHERLYN SAWYER, and on behalf )
of others similarly situated, )
                              )
             Plaintiff,       )        8:10CV189
                              )
       v.                     )
                              )
1st NATIONAL BANK OF OMAHA,   )        ORDER
OMAHA 100, INC., JERRY        )
DANTZLER,                     )
                              )
             Defendants.      )
_____)
```

       This matter is before the Court on plaintiff's withdrawal of filing (Filing No. 8).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that plaintiff's withdrawal of filing is granted; the motion for default is deemed withdrawn.

       DATED this 25th day of May, 2010.

                             BY THE COURT:

                             /s/ Lyle E. Strom
                             _____
                             LYLE E. STROM, Senior Judge
                             United States District Court